IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATALIE MATHER, ) | CASE NO. 8:09CV344 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MEMORANDUM |
| ) | AND ORDER |
| TWO UNKNOWN OFFICERS OF THE ) | |
| CITY OF FREMONT POLICE ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on its own motion. On February 2, 2010, the court ordered Plaintiff to show cause why this case should not be dismissed for failure to inform the court of her current address. (Filing No. 13.) In its Memorandum and Order, the court cautioned Plaintiff that failure to show cause or update her address by March 3, 2010, would result in dismissal without further notice. (*Id.*) Plaintiff filed a Notice of Change of Address on February 22, 2010, but documents sent to her at that address were also returned as undeliverable. (Filing Nos. 14 and 16.) As the court has previously informed Plaintiff, this matter cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown and she has failed to provide a current address.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice for failure to comply with the court's orders; and

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 30th day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.